AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>ANGEL GARCIA,<br>a/k/a "JUNGO"<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.<br>Mag. No. 14-1032 (AMD) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  August 2013 through May 2014  in the county of  Camden  in the
_____ District of  New Jersey , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846,<br>21 U.S.C. § 841(a)(1),<br>841(b)(1) | For further description see Attachment A. |

This criminal complaint is based on these facts:
See attached Affidavit of Probable Cause - Attachment B.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Vito Roselli, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/06/2014

_____
*Judge's signature*

City and state:  Camden, New Jersey          Honorable Ann Marie Donio, U.S. Magistrate Judge
*Printed name and title*

CONTENTS APPROVED

UNITED STATES ATTORNEY

By: _____
IRA M. SLOVIN,
Special Assistant U.S. Attorney

Date: May 6, 2014

## ATTACHMENT A

From in or about August 2013 through in or about May 2014, in Camden County, in the District of New Jersey, and elsewhere, the defendant,

EFRAIM RIVERA,
a/k/a "E,"
BRYAN FALU,
RAYMOND ROLDAN,
LUIS DIAZ,
a/k/a "CANELO,"
ANGEL GARCIA,
a/k/a "JUNGO,"
ALI ALEXANDER,
a/k/a "ALI AL,"
DANIEL ALSTON,
GIOVANNY CARRERO,
DYMIERE DEMBY,
ANGEL VELEZ,
DEWAYNE JACKSON

did knowingly and intentionally conspire and agree with others to distribute and to possess with intent to distribute 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II drug controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii); and 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II drug controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II),

In violation of Title 21, United States Code, Sections 846.