[224] AND [235]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :

v.                                 :          No. 14-283-RMB

ANGEL GARCIA                       :

**CONSENT BAIL MODIFICATION ORDER**

This matter having come before the Court on the application of the defendant, Angel Garcia for an order modifying Defendant's conditions of bail to the following: defendant is to have a daily curfew of 8 p.m. to 6 a.m. unless otherwise pre approved by Pre Trial services. Adrienne Smith, United States PreTrial Services Officer, is in agreement. Erin M. Fay, Assistant United States Attorney, is in agreement.

**IT IS**, therefore, on this 28th day of October, 2016

**ORDERED**, that the defendant's bail Order is modified as follows: defendant is to have a daily curfew of 8 p.m. to 6 a.m. unless otherwise pre approved by Pre Trial services. **IT IS FURTHER ORDERED** that all the other terms and conditions of release remain in full force and effect.

_____
HONORABLE RENEE MARIE BUMB
UNITED STATES DISTRICT JUDGE